IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LT. HAMPEL CORP.,

                                                                   ORDER

                Plaintiff,

                                                     15-cv-587-bbc

    v.

VENTEC CANADA, INC. and
VDK PRODUCTS BV,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Lt. Hampel Corp. is suing defendants Ventec Canada, Inc. and VDK Products for trademark infringement. In particular, plaintiff says that it and defendants sell calf housing in the United States and that defendants are infringing plaintiff's "Calf-Tel" mark by using the name "CalfOTel" for their calf housing.

      On September 22, 2015, plaintiff filed a motion for a preliminary injunction, dkt. #4, along with a request for an "expedited hearing," dkt. #9, on the ground that plaintiff believes that defendants will be using the allegedly infringing mark at the World Dairy Expo, which begins next week. Plaintiff's request for an expedited hearing is GRANTED. The court will hold a hearing on plaintiff's motion for a preliminary injunction at 9:00 a.m. on September 30, 2015 in Courtroom 260. Defendants may have until September 28, 2015 at noon to file a response to plaintiff's motion.

      Because defendants have not yet made a notice of appearance in this case, it is

1

plaintiff's responsibility to serve this order and all other filings in this case on defendants. If plaintiff does not file proof of service by September 24, 2015 at noon, I will cancel the hearing and briefing schedule until proof of service is filed.

Entered this 23d day of September, 2015.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge